IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

MARK SUNDBERG, : No.: 4:17-CV-00063
:
    Plaintiff, : (Judge Brann)
:
v. :
:
MARK D. DIROCCO, DAVID HIMES, :
PAULA REBER, MARK TEMPLE :
and LEWISBURG AREA SCHOOL :
DISTRICT BOARD OF DIRECTORS, :
:
    Defendants. :

## ORDER

**AND NOW**, this 8th day of August 2017, in accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Defendants' Second Motion to Dismiss, ECF No. 12, is **GRANTED**.

2. Defendants' First Motion to Dismiss, ECF No. 6, is **DENIED AS MOOT**.

3. Plaintiff's Amended Complaint, ECF No. 11, is **DISMISSED WITH PREJUDICE**.

4. The Clerk of Court is directed to close this case.

                                      BY THE COURT:

                                      *s/ Matthew W. Brann*
                                      Matthew W. Brann
                                      United States District Judge